# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144396

JEFFREY HARRELL BUILDER, INC.,
      Plaintiff-Appellee,

v

CHRISTOPHER WOLFF, PAMELA WOLFF,
MMS MORTGAGE SERVICES, DEPARTMENT
OF ENERGY, LABOR AND ECONOMIC
GROWTH, and HOMEOWNER
CONSTRUCTION LIEN RECOVERY FUND,
      Defendants,

and

FULTON CONSTRUCTION COMPANY, INC.,
      Defendant-Appellant.

SC: 144396
COA: 299270
Oakland CC: 2009-103886-CH

_____/

      On order of the Court, the application for leave to appeal the November 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

p0416